# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| Plaintiff, | : | |
| v. | : | Miscellaneous |
| PETER KASICH, DOREEN, AND THEIR DAUGHTER, KATIE K., | : | |
| Defendants | : | |

## PETITION FOR DISSOLUTION OF TRUST

Now comes undersigned counsel, who was named trustee of funds awarded to Katie K. in the settlement of CA No. 00-167 and who now asks that the trust be dissolved and the money placed under the control of Katie K.

1. Katie K.'s trust was created by order of this Court on 12-26-02.

2. Since that time Katie has had access to funds held for her benefit for educational needs and expenses relating to education, such as housing.

3. Katie K. has recently completed a real estate course under the sponsorship of the Office of Vocational Rehabilitation and is now attempting to pass the examination required for real estate agents.

4. She is 22 years old and the mother of a two-year-old boy.

5. She works half-time and receives Supplemental Security Income.

6. Katie still receives assistance and advice from her parents, who find her cooperative and who describe her choices as responsible and mature.

7. Katie has no plans for further education and would like to manage her own funds. She has expressed disapproval over the years over the low interest rate earned by her funds in the account at Brentwood Bank that was established in 2002.

8. Undersigned counsel previously requested release of trust funds so that Katie could purchase a home in 2005.

9. That home was ultimately found not to be a sound purchase, and Katie K. did not close on the house but instead placed the funds in a Certificate of Deposit held by Brentwood Bank that will mature in 2008.

10. Katie has located another home that is appropriate for her and her son.

11. Katie wishes to purchase the home at 942 Goldenrod, Pittsburgh 15120 with the assistance of her parents.

12. Undersigned counsel has reviewed the closing cost estimates and the information concerning the condition of the house and agrees with Katie and her parents that the investment is appropriate.

For the reasons given herein, because Katie K. has reached the age of majority, now has a small child to care for, has appropriate parental advice, and has shown the ability to make mature decisions regarding the use of the money awarded to her, undersigned counsel asks that this Court sign the attached order directing Brentwood Bank to release the funds held pursuant to the court order of 12-26-02 into the control of Katie K. Undersigned counsel notes that bank statements indicate that approximately $31,000 remains in the trust and $8,000 remains in the separate CD purchased by Katie K. without the assistance of undersigned counsel.

Respectfully submitted,

Case 2:00-cv-00167-NBF

/s/ Pamela E. Berger

PA ID 52119
434 Grace St.
Pittsburgh, PA 15211
412.904.2250
412.774.2193