**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Miscellaneous |
| | : | |
| PETER KASICH, DOREEN, AND | : | |
| THEIR DAUGHTER, KATIE K., | : | |
| | : | |
| Defendants | : | |

<u>ORDER</u>

Now upon consideration, Brentwood Bank is directed to release into the control of Katie

Kasich funds maintained as a trust under the control of this Court in Account No. 0165140245.

It is further ordered that Trustee Pamela E. Berger may bill this account in the amount of $375.00

for three hours of work performed from 2003 through this date and is released from further

responsibility in this matter.

_____        _____
JUDGE, UNITED STATES DISTRICT COURT                    DATE