IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| Plaintiff, | : | |
| v. | : | Judge Nora Barry Fischer |
| PETER KASICH, DORINE, AND THEIR DAUGHTER, KATIE K., | : | |
| Defendants | : | |

ORDER

Upon consideration, the Court directs Brentwood Bank to release $11, 901.20 from funds held in trust for Katie Kasich to her for closing costs in connection with the purchase of 942 Goldenrod, Pittsburgh, PA 15120.

_____
Nora Barry Fischer
United States District Judge