# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| Plaintiff, | : | |
| v. | : | Miscellaneous |
| PETER KASICH, DOREEN, AND THEIR DAUGHTER, KATIE K., | : | |
| Defendants | : | |

## PETITION FOR RELEASE OF FUNDS IN TRUST FOR KATIE K.

Now comes Katie K. by undersigned counsel, who was named trustee in this matter by order of the Honorable Donald Ziegler, and asks that this Court direct Brentwood Bank to release funds for down payment on a house. Katie K., now 19 years old, is expecting a child and is engaged to be married. She no longer attends the Community College of Allegheny but hopes to provide child care in the house that she has selected. The house at 4126 Fairfield in Munhall is selling for $79,000.00. A description of the house and the purchase agreement are hereto attached. Katie requests that the Court allow her to use $8000.00 of the money held in trust by Brentwood Bank to allow her to go forward with the purchase of the house. Undersigned counsel and trustee has reviewed the matter and attests to the Court that Katie has made a rational choice in requesting to use the funds in trust for this purpose.

Respectfully submitted,

Pamela E. Berger
Case 2:00-cv-001

PA 52119
312 Blvd. of the Alliies
Suite 600
Pittsburgh, PA 15229