Prepared By: J. Ringeisen

**COUNTRYWIDE HOME LOANS, INC.**

July 12, 2007

**Prepared for:**
Katie Kasich
206 Orchid Street
Homestead, PA 15120

53 Old Clairton Rd Suite 202
Pittsburgh, PA 15236
Phone: (412) 655-5688

Fax: (412) 655-5685

Pre-Application Number: 1000125852

# CLOSING COST ESTIMATE

## LOAN DETAILS:

| | | | |
|---|---:|---|---:|
| Sales Price: | $70,000.00 | Loan Term Mos.: | 360 |
| Est. Down Payment: | $7,000.00 | Type: | Conv Insured |
| Base Mortgage Amount: | $63,000.00 | LTV: | 90.00% |
| Mortgage Amount with MI/MIP/VAFF: | $63,000.00 | Origination %: | 0.000% |
| Interest Rate | 6.750% | Discount %: | 0.250% |
| APR: | 7.307% | Loan Program ID : | 3  Conf Fixed |

## ESTIMATE OF COSTS ASSOCIATED WITH CLOSING:

| | | | |
|---|---:|---|---:|
| State Tax Stamp | $700.00 | Tax Service Fee | $90.00 |
| Title Insurance | $678.00 | Credit Report | $35.00 |
| Lender Fee | $515.00 | Flood Check Fee | $26.00 |
| Full Appraisal | $320.00 | Notary Fee (Third Party) | $20.00 |
| Attorney/Settlement Agent | $225.00 | | |
| Title Insurance Endorsement | $185.00 | | |
| Recording | $100.00 | | |

TOTAL CLOSING COSTS :   $2,894.00
TOTAL CLOSING CREDITS (Seller/Lender/Other):   $0.00

## ESTIMATED PREPAID EXPENSES:

| | | | | |
|---|---|---|---:|---:|
| Taxes | 10 months | $125.00 Mo. | | $1,250.00 |
| Hazard Insurance | 3 months | $28.33 Mo. | | $84.99 |
| Hazard Insurance - 1st Year | | | | $339.96 |
| Flood Insurance | 0 months | $0.00 Mo. | | $0.00 |
| Flood Insurance - 1st Year | | | | $0.00 |
| MI/MIP | 0 months | $27.77 Mo. | | $0.00 |
| Interest for 15 days @ | | $11.65 Day | | $174.75 |

TOTAL PREPAID EXPENSES:   $1,849.70

## ESTIMATED MONTHLY PAYMENTS:

| | | TOTAL CASH TO CLOSE: | |
|---|---:|---|---:|
| Principal & Interest | $408.62 | Total Closing Costs | $2,894.00 |
| Taxes | $125.00 | Total Prepaid Expenses | $1,849.70 |
| Hazard Insurance | $28.33 | Down Payment | $7,000.00 |
| Flood Insurance | $0.00 | Seller Pays | $0.00 |
| Other | $0.00 | Lender Credit | $0.00 |
| MI/MIP | $27.77 | Lender Pays | $0.00 |
| Homeowner's Assoc. Dues | $0.00 | Subordinate Financing | $0.00 |
| Other Fin P & I | $0.00 | Discount Points | $157.50 |
| TOTAL PAYMENT: | $589.72 | CASH TO/FROM BORROWER: | $11,901.20 |

Comments:

Equal Housing Lender. ©1999 COUNTRYWIDE HOME LOANS, INC. Trademarks/service marks are the property of Countrywide Credit Industries, Inc. and/or its subsidiaries. The borrower is to assist in evaluating a home loan. Actual closing costs, rate, and APR are subject to change and may be more or less depending on factors such as down payment and type of property. This is not a commitment to lend, rate lock, pre-qualification or pre-approval. The sample loan requires a first lien. You or your client's actual housing costs will vary depending on homeowner's Association fees, if any, and changes to the estimate of local and state fees and taxes, and hazard and mortgage insurance. Registered with the Pennsylvania Banking Department.

Closing Cost Estimate
VA001 (8/99)

LOAN #: 177114872

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | TOTAL ESTIMATED MONTHLY PAYMENT | |
|---|---|---|---|
| $ 6,000.00 | Downpayment | $ 461.92 | Principal and Interest |
| $ 3,879.55 | Estimated Closing Costs | $ 125.00 | Taxes |
| $ 3,325.25 ~~3,720.51~~ | Estimated Prepaid Items/Reserves | $ 29.34 | Hazard & Flood Insurance |
| $ | Other | $ 29.85 | Mortgage Insurance |
| $ (1,080.00) | Financed PMI/MIP/VA Funding Fee | $ 645.11 | TOTAL MONTHLY PAYMENT |
| $ 12,124.80 ~~12,520.06~~ | TOTAL | | |

These estimates of closing costs are provided pursuant to the Real Estate Settlement Procedures Act (RESPA). If your loan application is for a first lien residential mortgage and is made in a transaction to purchase a home, additional important information can be found in the HUD Special Information Booklet provided to you by your lender or mortgage broker.

### DISCLOSURES CONCERNING REQUIRED USE OF SETTLEMENT SERVICE PROVIDERS

If an estimated charge shown on page 1 is identified with a double asterisk (**), the lender requires the use of a particular provider of that settlement service. The estimated charge shown is based on the charges of the designated provider. The relationship between the lender and the settlement service provider is that the lender has repeatedly used the provider's services in the past. The lender may decide to choose a different provider, the HUD-1 or HUD-1A statement given to you at settlement will disclose the provider used.  SEE ACCOMPANYING CONTROLLED BUSINESS ARRANGEMENT DISCLOSURE REGARDING THE RELATIONSHIP BETWEEN THE LENDER AND LANDSAFE APPRAISAL SERVICES, INC.

* * APPRAISER * *
The Lender will require an appraisal from an appraiser we select from our approved list.
* * CREDIT BUREAU * *
Landsafe Credit Services, Inc.
1515 Walnut Grove Ave, MSN = RM-162, Rosemead, CA 91770
1-800-475-9516
This company is an affiliate of the lender.

Reserves deposited with lender may not include a proration of taxes due seller or a credit due from seller at closing. For proration calculations please consult your closing agent.

*$12,124.80*
*less hand money*
*less application*

PLASTIC SURGICAL

PAGE 02/03

Prepared By: J. Ringnison

**COUNTRYWIDE HOME LOANS, INC.**

Loan Type: Not Provided
Property Value: $70,000.00
Loan Amount with MI/MIP/VAFF: $63,000.00



| File Name | Borrower | Seller | Attorney | Other |
|---|---|---|---|---|

Closing Cost Estimate
VA041 (n/m)

Page 2