# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEEL VALLEY SCHOOL DISTRICT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER KASICH, DORENE KASICH, )<br>AND THEIR DAUGHTER, KATIE K., )<br>)<br>Defendants. ) | Civil Action No. 00-167 |

**HEARING ON** - Motion Hearing

Before Judge Nora Barry Fischer

Patricia R. Andrews, Esquire        Pamela E. Berger, Esquire

Appear for Plaintiff        Appear for Defendants

Hearing begun   9/6/07 at 2:05 pm        Hearing adjourned to _____

Hearing concluded  9/6/07 at 2;35 pm        Stenographer  M. Powers
                                            Clerk: J. Galovich

**WITNESSES:**

For Plaintiff        For Defendant

Counsel introduces themselves; Court introduces & discusses status of matter; Court hears from parties on the issues; Court suggests whether or not parties want to go before J. Ziegler as mediator; Court will hold ruling in abeyance pending notification of the parties by 10/1/07 re: (1) If matter has been resolved, (2) Status of Petition, (3) If matter not resolved, if parties agree to mediation of this matter.