IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 00-167 |
| PETER KASICH, DOREEN KASICH, and KATIE K., their daughter, | ) |
| Defendants. | ) |

ORDER

AND NOW, this 6th day of September, 2007, upon consideration and agreement of the parties,

IT IS HEREBY ORDERED that Brentwood Bank make payment to Trustee Pamela E. Berger, Esquire, from funds maintained as a trust under the control of this Court in Account No. 0165140245, in the amount of $375.00 for three hours of work performed in regard to the above-captioned matter from 2003 through August 3, 2007.

s/Nora Barry Fischer
United States District Judge

cc/ecf:   All parties of Record