IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| Plaintiff, | : | |
| v. | : | Miscellaneous (Judge Fisher) |
| PETER KASICH, DOREEN, AND THEIR DAUGHTER, KATIE K., | : | |
| Defendants | : | |

JOINT MOTION TO WITHDRAW PENDING MOTIONS BEFORE THE COURT

Now come the representatives for the Steel Valley School District and Katie Kasich and ask to withdraw all pending motions and objections. The parties have reached an agreement in regard to the funds held in trust for Katie Kasich by Brentwood Bank. Katie Kasich agrees to withdraw pending motions for dissolution of her trust or alternatively for release of funds to pay for a down payment on a house. Steel Valley School District agrees to withdraw its objection and request for return of the funds to the school district.

Respectfully submitted,

/s/Pamela E. Berger                         /s/Patricia R. Andrews
PA ID 52119                                 PA ID 80458

434 Grace St.                               Andrews& Price
Pittsburgh, PA 15211                        1500 Ardmore Blvd., Suite 506
412.904.2250 (telephone)                    Pittsburgh, PA 15221

412.774.2193 (fax)                                    412.243.9700 (telephone)
                                                                  412.243.9660