IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEEL VALLEY SCHOOL DISTRICT, | : | CA NO: 00-167 |
| Plaintiff, | : | |
| v. | : | Miscellaneous (Judge Fischer) |
| PETER KASICH, DOREEN, AND THEIR DAUGHTER, KATIE K., | : | |
| Defendants | : | |

ORDER

Having been advised of the agreement reached by the parties, the Court now Orders that the pending motions for dissolution of the trust, release of funds, and request for relief from further responsibility filed by Katie Kasich by counsel is now deemed withdrawn, and the objection to said motions filed by the school district is now also deemed withdrawn. The parties are returned to the position existing before the filing of Katie Kasich's Motion for Dissolution of Trust on August, 4, 2007.

_____
NORA BARRY FISCHER
UNITED STATES DISTRICT JUDGE