**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Steel Valley School District, | Civil Action No. 2:00-cv-00167-NBF |
| *Plaintiff*, | |
| v. | |
| Peter Kasich, Dorine Kasich, and Their Daughter, Katie K., | |
| *Defendants*. | |

## PETITION FOR DISBURSEMENT FROM & TRANSFER OF TRUST

Defendants, Peter Kasich, Dorine Kasich, and Their Daughter, Katie K., by and through Kristen C. Weidus, Esq., Thaddeus J. Kotarski, Esq., and Ruder Law, LLC file this Petition for Disbursement From and Transfer of Trust and aver the following:

(1)     Katie K.'s trust was created by order of this Court on December 26, 2002.

(2)     Since that time, Katie had access to the trust held for her benefit for legitimate services.

(3)     Upon information and belief, $24,579.00 remains in the trust.

(4)     Kate K. is now 38-years-old. Katie K. is therefore now an adult person.

(5)     Katie K. has two children, ages 18 and 14, to care for. She is expecting another child in October 2024.

(6)     Since the last activity on the docket for this case in October 2007, Katie K. has become dissatisfied with the low interest rate and comparatively high fees at Brentwood Bank.

(7)     In recent years, Katie K. has struggled to contact the trustee—Ms. Kasich's former counsel, Pamela Berger, Esq. (hereinafter "Trustee")—to request disbursements from the trust.

(8)     Since the last activity on the docket, Katie K. has incurred additional educational expenses through a cosmetology program, the cost of which she has been unable to receive reimbursement for due to difficulties contacting Trustee.

(9)     Katie K. seeks the disbursement of $9,534.19 to cover educational costs incurred since the creation of the trust. Receipts indicating these costs are attached as exhibits to this document. Note: As the receipts show, several items were purchased twice, as required by her educational program.

(10)    Following said disbursement, Katie K. asks this Honorable Court to dissolve said trust and direct Brentwood Bank to transfer the funds to Achieva Family Trust.

(11)    Katie K. further asks this Honorable Court to remove Pamela Berger, Esq. as Trustee and instead name Achieva Family Trust as Trustee.

For the reasons given herein, because Katie K. has reached the age of majority, has children to care for, and has legitimate interests in the transfer of her trust from Brentwood Bank to Achieva Family Trust, the requested relief is appropriate. Therefore, Defendants respectfully ask that this Honorable Court order the disbursement of $9,534.19, and order the transfer of the balance of the trust from Brentwood Bank to Achieva Family Trust, thereby appointing Achieva Family Trust as trustee.

Respectfully submitted,

RUDER LAW, LLC

*/s/ Thaddeus Kotarski*
Thaddeus J. Kotarski III, Esq.

- 2 -

PA Attorney ID 334147

One Oxford Center
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Telephone: (412) 281-4959
Email: thadk@ruderlaw.com